1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SHARLA CERRA  (CSB #187176)
4  Assistant United States Attorney
         Federal Building Suite 7516
5        300 North Los Angeles Street
         Los Angeles, California
6        Tel. 213 894-6117
         FAX:  213 894-7819
7        Email:  Sharla.Cerra@usdoj.gov

8  Attorneys for Defendant MICHAEL J. ASTRUE,
   Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY KAY HOBBS,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security,  )<br>  )<br>  Defendant.  )<br>_____) | CV 08-6276 PJW<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 7/6/09

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-