1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JUDY KAY HOBBS,                          ) Case No.: CV 08-6276 PJW
                                              )
12 |      Plaintiff,                          ) ORDER AWARDING EQUAL
                                              ) ACCESS TO JUSTICE ACT
13 |      vs.                                 ) ATTORNEY FEES PURSUANT TO
                                              ) 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,                       )
     Commissioner of Social Security,         )
15 |                                          )
          Defendant.                          )
16 |                                          )

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Denise Bourgeois Haley, as Plaintiff's assignee and subject to the reservation of

20 rights, the amount of nine hundred dollars and no cents ($900.00), as authorized by

21 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

22 DATE:    8/25/09

23                                        /s/ Patrick J. Walsh

24                                        UNITED STATES MAGISTRATE JUDGE

25

26

-1-